```
PROB 12B
ED/AR (12/2010)
```



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -9 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ricky Monts, Jr.                    Case Number: 4:09CR00136-01 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        Chief United States District Judge

Offense:            Forgoing a United States Treasury Check

Date of Sentence:   April 29, 2010

Sentence:           30 months BOP, 3 years supervised release, mandatory drug testing, substance abuse treatment, financial disclosure, $100 SPA, and $3,329 restitution

Type of Supervision:   Supervised release        Date Supervision Commenced: October 7, 2011
                                                 Expiration Date: October 6, 2014

Asst. U.S. Attorney: Angela Jegley                Defense Attorney: Latrece Gray

U.S. Probation Officer: Dorahn R. Garman
Phone No.: 501-604-5276

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

## CAUSE

Mr. Monts indicated he was having difficulty coping with the tragic loss of his mother. Mr. Monts has requested that his conditions be modified to include mental health counseling. In addition, he signed a Prob 49 waiver agreeing to the modification. Mr. Monts' attorney, Assistant Federal Public Defender Latrece Gray, also agreed to the modification.

Prob 12B                                -2-                         Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                    with Consent of the Offender

Name of Offender: Ricky Monts, Jr.                  Case Number: 4:09CR00136-01 JLH

_____                         _____
Dorahn R. Garman                                    Angela Jegley
U.S. Probation Officer                              Assistant U.S. Attorney

Date: November 8, 2011                              Date: 11-8-11

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

November 9, 2011
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DRG/klm

c:  Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock,
    AR 72201
    Assistant U.S. Attorney, Angela Jegley, P.O. Box 1229, Little Rock, AR 72203