IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          NO. 4:09CR00136-01 JLH

RICKY MONTS, JR.                                                   DEFENDANT

## ORDER

Pending before the Court is the government's Motion for Revocation of Supervised Release. Document #33. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **THURSDAY, MARCH 29, 2012, at 10:15 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **RICKY MONTS, JR.,** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Latrece E. Gray is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 8th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE