# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:09CR00136-01 JLH

RICKY MONTS, JR.                                                                             DEFENDANT

## ORDER

Court convened on Thursday, November 1, 2012, for a hearing on the government's motion and supplemental motion[1] to revoke the supervised release of defendant Ricky Monts, Jr. Documents #50 and #52. Assistant United States Attorney Angela Jegley was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Latrece Gray. United States Probation Officer Dorahn Garman was also present.

Upon inquiry from the Court, the defendant admitted the allegations outlined in the petitions. Following statements from counsel and the defendant, the Court determined that the motions to revoke should be held in abeyance to allow for defendant to be placed in a community confinement facility.

IT IS THEREFORE ORDERED that defendant Ricky Monts, Jr.'s conditions of supervised release are hereby modified to include the following:

• Placement in a community confinement facility for a period of 120 days under the guidance and direction of the United States Probation Office.

IT IS FURTHER ORDERED that the United States Probation Office is directed to inform the Court of the date of defendant's acceptance and entry into the approved community confinement facility. Upon successful completion of the community confinement placement, the probation

---

[1] The Clerk is directed to unseal the supplemental motion to revoke filed on October 31, 2012. Document #52.

officer is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed. If defendant continues to comply with his conditions of supervised release while awaiting placement in the community confinement facility and during the 120 day stay, the motions to revoke will be dismissed. In the event the defendant is found to be in violation of his conditions of release, or is dismissed from the community confinement facility as a program failure, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed

IT IS SO ORDERED this 2nd day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE